Nancy Curry
Chapter 13 Trustee
606 S. Olive Street, Suite 950
Los Angeles, CA  90014
(213) 689-3014   FAX (213) 689-3055

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

| IN THE MATTER OF:<br><br>Pirjada, Obaidul Hug<br><br><br>Debtor | CHAPTER 13<br><br>CASE NO. LA 2:07-bk-13894 VZ<br><br>TRUSTEE'S NOTICE OF CHANGE OF CREDITOR'S ADDRESS |
|---|---|

NOTICE IS HEREBY GIVEN TO DEBTOR AND COUNSEL, IF ANY, AND OTHER PARTIES IN INTEREST, that the Trustee has been notified regarding change of creditor's address.  A copy of the initiating document is attached.

| OLD ADDRESS | NEW ADDRESS |
|---|---|
| First Marblehead Education<br><br>31 St. James Avenue<br>Boston, MA  02116 | First Marblehead Education<br><br>1 Cabot Rd., Suite 2<br>Medford, MA  02155-5117 |

Respectfully submitted,

Date: May 6, 2010                    /s/ Nancy Curry

| | | Nancy Curry Chapter 13 Trustee | | | Check No. 617613 | | |
|---|---|---|---|---|---|---|---|
| Pay to: 06000848 FIRST MARBLEHEAD EDUCATION | | | | | | | |
| Please notify us of any changes to your claim (e.g. account number, address, claim assignment) | | | | | | | |
| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
| 0713894-VZ | 401-0 | PIRJADA, OBAIDUL HUG | 0450 | 6,894.10 | 174.61 | 0.00 | 174.61 |

:URRY CHAPTER 13 TRUSTEE

1725

es, CA 90071



1/15/10
Cec

X 018 NBE 1 8DBC 39 01/04/10
FORWARD TIME EXP RTN TO SEND
THE FIRST MARBLEHEAD CORP
1 CABOT RD STE 2
MEDFORD MA 02155-5117

RETURN TO SENDER

---

**Nancy Curry**
**Chapter 13 Trustee**
606 S. Olive ST., Suite 950
Los Angeles, CA 90014

Disbursement Account
Suntrust Bank

No. 617613

64-79/611

Pay* One Hundred Seventy Four Dollars and 61 Cents*****
TO THE ORDER OF

AMOUNT ***$174.61***

VOID AFTER March 29, 2010

FIRST MARBLEHEAD EDUCATION
31 ST. JAMES AVE.
BOSTON, MA 02116-

Nancy Curry

⑈617613⑈ ⑆061100790⑆ 0000005752001⑈

PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

Re: Pirjada, Obaidul Hug

LA 2:07-bk-13894 VZ

I declare that I am over the age of 18 years and not a party to the within action; that I am employed by Nancy Curry, Chapter 13 Trustee; and that on May 6, 2010 I served the within **TRUSTEE'S NOTICE OF CHANGE OF CREDITOR'S ADDRESS** on all interested parties in this action by mail at the following address:

Pirjada, Obaidul Hug
1840 Winona Blvd., #303
Los Angeles, CA  90027

Tyson, Takeuchi
1100 Wilshire Blvd., #2606
Los Angeles, CA  90017

First Marblehead Education
1 Cabot Rd., Suite 2
Medford, MA  02155-5117

I declare under penalty of perjury that the foregoing is true and complete to the best of my knowledge.

Executed at Los Angeles, California on May 6, 2010.

/s/ Catherine A. Echeverria